UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                Plaintiff,

             -v.-

$60,155.00 IN UNITED STATES CURRENCY,

            Defendant-*in-rem.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:

:

:        <u>JUDGMENT OF FORFEITURE</u>

:        19 Civ. 841 (PGG)

:

:

:

WHEREAS, on or about January 28, 2019, the United States commenced an *in rem* forfeiture action seeking the forfeiture of the Defendant-*in-rem*, by the filing of a Verified Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleged that the Defendant-*in-rem* is subject to forfeiture pursuant to Title 21, United States Code, Section 881;

WHEREAS, notice of the Verified Complaint against the Defendant-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on February 2, 2019, through March 3, 2019, and proof of such publication was filed with the Clerk of this Court on August 13, 2019 (D.E. 5);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendant-*in-rem* and the intent of the United States to forfeit and dispose of the Defendant-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendant-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, on or about April 12, 2019, notice of the Verified Complaint was sent by certified mail, return receipt requested, to:

King L. Wu & Associates, P.C.
136-40 39th Avenue, Suite 507
Flushing, NY 11354

Cai Chen
Brooklyn, NY 11220

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the asset have been filed;

WHEREAS, Cai Chen is the only person and/or entity known by the Government to have a potential interest in the Defendant-*in-rem*; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.     The Defendant-*in-rem* shall be, and the same hereby is forfeited to the plaintiff United States of America.

2.     The United States Marshals Service (or its designee) shall dispose of the Defendant-*in-rem*, according to law.

3.　　The Clerk of the Court shall forward four certified copies of this Judgment of Forfeiture to Assistant United States Attorney, Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York, 10007.

Dated: New York, New York
　　　　July 13, 2020

SO ORDERED:

THE HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE